JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MAUREEN BUCCI,

    Plaintiffs,

    v.

COSTCO WHOLESALE CORPORATION; and DOES 1-50,

    Defendant.

Case No. 2:26-CV-02725-AB-SSC

Honorable André Birotte Jr.,
United States District Court Judge

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**

Complaint Filed: October 25, 2024

Before the Court is the Parties' Stipulation to remand this matter to the Superior Court of the State of California for the County of Los Angeles, L.A.S.C. Case No. 24PSCV03625.  Having reviewed the Parties' Stipulation and Application, and good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that:

The Parties' Stipulation is **GRANTED**.  The Clerk of Court is ORDERED to remand this action to the state court from which it was removed.

**IT IS SO ORDERED.**

Dated: April 14, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER